**LAW OFFICES OF NOLAN KLEIN, P.A.**

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10120
PH: (646) 560-3230

633 S. ANDREWS AVE., SUITE 500
FORT LAUDERDALE, FL 33301
PH: (954) 745-0588

www.nklegal.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2022
```

Nolan Klein, Esq.
klein@nklegal.com

April 25, 2022

**VIA CM/ECF and EMAIL:** Torres_NYSDChambers@nysd.uscourts.gov
Honorable Judge Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Mercer v. 37 Crosby Realty LLC, et al.*
            SDNY Case No.: 1:22-cv-01544

Dear Judge Torres:

    This office represents the Plaintiff, Stacey Mercer, in the above-captioned case. The parties' case management plan is due April 25, 2022. To date, Defendants 37 CROSBY REALTY LLC and LIU LEE 91 SPA, INC., have not made an appearance or returned the waivers of service forms that were delivered to them. Accordingly, Plaintiff has proceeded to serve the defendants directly. As such, Plaintiff respectfully requests an extension of time to file the case management plan in order to allow time for Defendants to make an appearance.

    We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By: ___*/s/ Nolan Klein*___
      NOLAN KLEIN (NK4223)

GRANTED. By **May 25, 2022**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 25, 2022
      New York, New York

ANALISA TORRES
United States District Judge