UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY MERCER,

                    Plaintiff,

      -against-

37 CROSBY REALTY LLC, a New York limited
liability company, and LIU LEE 91 SPA, INC.,
a New York corporation,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/31/2022
```

22 Civ. 1544 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 1, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by April 25, 2022. ECF No. 8. On April 25, 2022, Plaintiff requested an extension as Defendants had not yet appeared. ECF No. 10. The Court granted an extension until May 25, 2022. ECF No. 11. Plaintiff has not filed a further request for an extension, and the submissions are now overdue. Further, Defendants have not appeared and there is no proof of service on the docket. Accordingly, by **June 7, 2022**, Plaintiff shall file a letter updating the Court on the status of service.

      SO ORDERED.

Dated: May 31, 2022
       New York, New York

                              _____
                                 ANALISA TORRES
                         United States District Judge